# EXHIBIT 31



| FRANCESCO WOODWORK, INC. | 40498 Mound Road Sterling Heights, MI 48310 | Phone: (586) 264-0900 | Fax: (586) 979-4902 |

# INVOICE

42695

SOLD TO: Patrie Construction Company
40494 Mound Road
Sterling Heights, MI 48310

Date: December 28, 2009
Patrie # Misc.
INVOICE NO.: 3733

Re: Week Ending 12-08-09
Week Ending 12-15-09
Week Ending 12-22-09

We are invoicing for the following labor and material on the above referenced:

## Week Ending: 12-08-09

| Employee: | Patrie Job#: | Code: | Hours: | Amount: |
|---|---|---|---|---|
| Bill Engel | 09-228 | 1007 | 1.5 | $ 69.75 |
| Bill Engel | 09-320 | 1007 | 2.5 | $ 116.25 |
| | | | 4 | $ 186.00 |
| Doug Durkee | 09-295 | 1007 | 40 | $1860.00 |
| | | | 40 | $1860.00 |

## Week Ending: 12-15-09

| Employee: | Patrie Job#: | Code: | Hours: | Amount: |
|---|---|---|---|---|
| Doug Durkee | 09-295 | 1007 | 40 | $1860.00 |
| | | | 40 | $1860.00 |

## Week Ending: 12-22-09

| Employee: | Patrie Job#: | Code: | Hours: | Amount: |
|---|---|---|---|---|
| Doug Durkee | 09-295 | 1007 | 37 | $1720.50 |
| | | | 37 | $1720.50 |

**CURRENT AMOUNT DUE:    $5,626.50**

- Terms: Due Upon Receipt
- A service charge of 1 ½% per month (18% annually) on all past due amounts.
- 09-9999

design and build • architectural millwork • plastic laminate • solid surface

Week Ending: 12-08-09
#85 Durkee, Douglas

09-9999  18 = 40

FRANCESCO WOODWORK, INC.

| JOB # | JOB NAME | CODE | WED | THURS | FRI | SAT | SUN | MON | TUE | TOTAL | REG | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-795 /11 | COMERICA | 14 | | 8 | 2 | | | | | | | |
| | 8th FLOOR | 24 | | | | | | 1 | | | | |
| | | 4 | | | | | | | 1 | | | |
| | | 5 | 2 | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | 3rd FLOOR | 11 | | | 6 | | | | | | 1007 | |
| | | 7 | 1 | | | | | 6 | 2 | | | |
| | | 24 | 1 | | | | | 1 | | | | |
| | | 25 | 1 | | | | | | 1 | | | |
| | | 4 | | | | | | | 4 | | | |
| | | 2 | 2 | | | | | | | | | |
| | | | | | | | | | | | | |
| | DAILY TOTALS: | | 7 | 8 | 8 | — | — | 8 | 8 | | | |

| WORK CODE | DESCRIPTION | WORK CODE | DESCRIPTION |
|---|---|---|---|
| 1 | SUPERVISION | 17 | VINYL COVERED DRYWALL |
| 2 | DEMOLITION | 18 | ACOUSTICAL CEILING - GRID |
| 3 | ROUGH CARPENTRY | 19 | ACOUSTICAL CEILING - TILE |
| 4 | FINISH CARPENTRY/TRIM | 20 | FRP PANELS / MOLDINGS |
| 5 | WOOD JAMBS | 21 | SOUND PANELS |
| 6 | MILLWORK | 22 | TOILET PARTITIONS |
| 7 | INSULATION | 23 | TOILET ACCESSORIES |
| 8 | WOOD BLOCKING / BACKING | 24 | CLEAN-UP |
| 9 | HOLLOW METAL FRAMES | 25 | DELIVERY / UNLOAD MATERIAL |
| 10 | HOLLOW METAL DOORS | 26 | DOOR HARDWARE |
| 11 | WOOD DOORS | 27 | PUNCH LIST |
| 12 | METAL FRAMING 16-20 GAGE | 28 | MISCELLANEOUS |
| 13 | METAL FRAMING 22-25 GAGE | 29 | TEMPORARY WALLS / BARRICADES |
| 14 | DRYWALL - HANG | 30 | WOOD FRAMING 2X STUDS |
| 15 | DRYWALL - TAPE | 31 | ADDITIONAL WORK AUTHORIZATIONS |
| 16 | SUSPENDED DRYWALL - GRID | 32 | ALLOWANCE |

**Week Ending: 12-15-2009**
#85 Durkee, Douglas

FRANCESCO WOODWORK, INC.

09-9999 = 18    40 hrs.

| JOB # | JOB NAME | CODE | WED | THURS | FRI | SAT | SUN | MON | TUE. | TOTAL | REG. | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 411 | COMERICA 2ND FL | 25 | 1/2 | | | | | | | | | |
| | | 6 | 2 | | | | | | | | | |
| | | 18 | 5 | 4 | | | | | | | | |
| | | 19 | | 4 | 8 | | | | | | | |
| | | 28 | | | | | | 1 | | | | |
| | | | | | | | | | | | | |
| 411 | COMERICA FLOOR 8 | 28 | 1/2 | | | | | | | 09-295 100? | | |
| | | 6 | | | | | | 1 | | 40 hrs. | | |
| | | 18 | | | | | | 6 | 2 | | | |
| | | 19 | | | | | | | 6 | 1860.00 | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | DAILY TOTALS: | | 8 | 8 | 8 | 0 | 0 | 8 | 8 | | | |

| WORK CODE | DESCRIPTION | WORK CODE | DESCRIPTION |
|---|---|---|---|
| 1 | SUPERVISION | 17 | VINYL COVERED DRYWALL |
| 2 | DEMOLITION | 18 | ACOUSTICAL CEILING - GRID |
| 3 | ROUGH CARPENTRY | 19 | ACOUSTICAL CEILING - TILE |
| 4 | FINISH CARPENTRY/TRIM | 20 | FRP PANELS / MOLDINGS |
| 5 | WOOD JAMBS | 21 | SOUND PANELS |
| 6 | MILLWORK | 22 | TOILET PARTITIONS |
| 7 | INSULATION | 23 | TOILET ACCESSORIES |
| 8 | WOOD BLOCKING / BACKING | 24 | CLEAN-UP |
| 9 | HOLLOW METAL FRAMES | 25 | DELIVERY / UNLOAD MATERIAL |
| 10 | HOLLOW METAL DOORS | 26 | DOOR HARDWARE |
| 11 | WOOD DOORS | 27 | PUNCH LIST |
| 12 | METAL FRAMING 16-20 GAGE | 28 | MISCELLANEOUS |
| 13 | METAL FRAMING 22-25 GAGE | 29 | TEMPORARY WALLS / BARRICADES |
| 14 | DRYWALL - HANG | 30 | WOOD FRAMING 2X STUDS |
| 15 | DRYWALL - TAPE | 31 | ADDITIONAL WORK AUTHORIZATIONS |
| 16 | SUSPENDED DRYWALL - GRID | 32 | ALLOWANCE |

Week Ending: 12-22-09
#85, Durkee, Douglas

09-9999  18 = 37 hrs.
FRANCESCO WOODWORK, INC.

| JOB # | JOB NAME | CODE | WED | THURS | FRI | SAT | SUN | MON | TUE | TOTAL | REG | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 411 | COMERICA 2ND | 19 | 4 | 2 | | | | | | 6 | | |
| | | 7 | | 1½ | ½ | | | 2 | | 5 | | |
| | | 22 | | 1 | 1 | | | 1 | | 3 | | |
| | | 28 | | | 1 | | | 1 | | 2 | | |
| | | 23 | | | | | | | 3 | 3 | | |
| 411 | 9TH FLOOR | 19 | 2 | | | | | 1 | | 3 | | |
| | | 6 | 2 | | | | | | | 2 | | |
| | | 7 | | 3 | 1½ | | | 2 | | 6.5 | | |
| | | 11 | | ½ | | | | | | .5 | | |
| | | 28 | | | | | | 1 | 1½ | 2.5 | | |
| | | 26 | | | | | | | 1½ | 1.5 | | |
| | | 2 | | | | | | | 2 | 2 | | |
| | DAILY TOTALS: | | 8 | 8 | 5 | 0 | 0 | 8 | 8 | 37 | | |

1007
37 hrs.
720.50

| WORK CODE | DESCRIPTION | WORK CODE | DESCRIPTION |
|---|---|---|---|
| 1 | SUPERVISION | 17 | VINYL COVERED DRYWALL |
| 2 | DEMOLITION | 18 | ACOUSTICAL CEILING - GRID |
| 3 | ROUGH CARPENTRY | 19 | ACOUSTICAL CEILING - TILE |
| 4 | FINISH CARPENTRY/TRIM | 20 | FRP PANELS / MOLDINGS |
| 5 | WOOD JAMBS | 21 | SOUND PANELS |
| 6 | MILLWORK | 22 | TOILET PARTITIONS |
| 7 | INSULATION | 23 | TOILET ACCESSORIES |
| 8 | WOOD BLOCKING / BACKING | 24 | CLEAN-UP |
| 9 | HOLLOW METAL FRAMES | 25 | DELIVERY / UNLOAD MATERIAL |
| 10 | HOLLOW METAL DOORS | 26 | DOOR HARDWARE |
| 11 | WOOD DOORS | 27 | PUNCH LIST |
| 12 | METAL FRAMING 16-20 GAGE | 28 | MISCELLANEOUS |
| 13 | METAL FRAMING 22-25 GAGE | 29 | TEMPORARY WALLS / BARRICADES |
| 14 | DRYWALL - HANG | 30 | WOOD FRAMING 2X STUDS |
| 15 | DRYWALL - TAPE | 31 | ADDITIONAL WORK AUTHORIZATIONS |
| 16 | SUSPENDED DRYWALL - GRID | 32 | ALLOWANCE |

Week Ending: 12-~~~-2009
#84 Engel, William

09-9999 = 18 = 4 hrs.

**FRANCESCO WOODWORK, INC.**

| JOB # | JOB NAME | CODE | WED | THURS | FRI | SAT | SUN | MON | TUE | TOTAL | REG | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-228 | Chase (Oxford) | 28 | 1½ | | | | | | | 1.5 | =69.75 | |
| 09-320 | Comerica 344 | 28 | 2½ | | | | | | | 2.5 | =116.25 | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | (186) | |
| | DAILY TOTALS: | | 4 | | | | | | | | | |

| WORK CODE | DESCRIPTION | WORK CODE | DESCRIPTION |
|---|---|---|---|
| 1 | SUPERVISION | 17 | VINYL COVERED DRYWALL |
| 2 | DEMOLITION | 18 | ACOUSTICAL CEILING - GRID |
| 3 | ROUGH CARPENTRY | 19 | ACOUSTICAL CEILING - TILE |
| 4 | FINISH CARPENTRY/TRIM | 20 | FRP PANELS / MOLDINGS |
| 5 | WOOD JAMBS | 21 | SOUND PANELS |
| 6 | MILLWORK | 22 | TOILET PARTITIONS |
| 7 | INSULATION | 23 | TOILET ACCESSORIES |
| 8 | WOOD BLOCKING / BACKING | 24 | CLEAN-UP |
| 9 | HOLLOW METAL FRAMES | 25 | DELIVERY / UNLOAD MATERIAL |
| 10 | HOLLOW METAL DOORS | 26 | DOOR HARDWARE |
| 11 | WOOD DOORS | 27 | PUNCH LIST |
| 12 | METAL FRAMING 16-20 GAGE | 28 | MISCELLANEOUS |
| 13 | METAL FRAMING 22-25 GAGE | 29 | TEMPORARY WALLS / BARRICADES |
| 14 | DRYWALL - HANG | 30 | WOOD FRAMING 2X STUDS |
| 15 | DRYWALL - TAPE | 31 | ADDITIONAL WORK AUTHORIZATIONS |
| 16 | SUSPENDED DRYWALL - GRID | 32 | ALLOWANCE |